**Stone Sirmans**

**From:** Benjamin Sturgeon <bensturgeonmalpc@gmail.com>
**Sent:** Tuesday, March 5, 2024 10:43 AM
**To:** Stone Sirmans
**Subject:** Fwd: Threatening email

You don't often get email from bensturgeonmalpc@gmail.com. Learn why this is important

See below

Sent from my iPhone

Begin forwarded message:

> **From:** Maura Burke <maura.burke@outlook.com>
> **Date:** March 4, 2024 at 1:50:47 PM MST
> **To:** Benjamin Sturgeon <bensturgeonmalpc@gmail.com>
> **Subject: Ugh**
>
> **From:** Maura Burke <maura.burke@outlook.com>
> **Sent:** Wednesday, February 14, 2024 6:04 PM
> **To:** Gelman, David B. <gelmand@hallevans.com>
> **Subject:** Fw: Ugh
>
> Below, in writing is Lisa telling me, on Feb 12th, 2024, that her son, (or her), were planning on attacking Ben. This all stems from Lisa being confronted on mishandling the funds in their mom's estate. The email she sent from is the same on the complaint form as well.
>
> **From:** Lisa Cabrera <lisa3770@gmail.com>
> **Sent:** Monday, February 12, 2024 8:29 PM
> **To:** Maura Burke <maura.burke@outlook.com>
> **Subject:** Re: Ugh
>
> I fell over my shoe in the middle of the night.
>
> and heads up to you .... or more to Ben, Jonathan is coming after Ben..... in a huge huge way
>
> On Mon, Feb 12, 2024 at 8:25 PM Maura Burke <maura.burke@outlook.com> wrote:
>> Aw hell, how the heck did you do that?? When it rains it pours.
>>
>> -------- Original message --------
>> From: Lisa Cabrera <lisa3770@gmail.com>
>> Date: 2/12/24 9:05 PM (GMT-07:00)

To: Maura Burke <maura.burke@outlook.com>
Subject: Re: Ugh

Ohhhhh, and I fell and broke my clavicle and probably tore a tendon in my shoulder, life just couldn't get better

On Mon, Feb 12, 2024 at 6:10 PM Maura Burke <maura.burke@outlook.com> wrote:
> They're going to be subpoenaing all estate records and all of your banking records since Cascade house sold....Ben started telling me a little bit and I stopped him from telling me anything concrete because I felt like not telling you would be lying to you and telling you would be betraying Ben.  Sooo, this may be a little bit off, but I don't think so. I hope I'm wrong. I hate this.