| 8301 E. Prentice Ave., Ste 405 | 7035 Campus Drive, Ste 702 | 11166 Huron Street, Ste 27-1 |
| Greenwood Village, CO 80111 | Colorado Springs, CO 80920 | Northglenn, CO 80234 |
| Office ? (303) 862-4564 | Office ? (719) 600-5450 | Office ? (719) 902-6011 |

**CONFIDENTIALITY NOTICE**: This email & attached documents may contain confidential information. All information is intended only for the use of the named recipient. If you are not the named recipient, you are not authorized to read, disclose, copy, distribute, or take any action in reliance on the information, and any action other than immediate delivery to the named recipient is strictly prohibited. If you have received this email in error, do not read the information and please immediately notify the sender by telephone to arrange for a return of the original documents. If you are the named recipient, you are not authorized to reveal any of this information to any other unauthorized person. If you did not receive all pages listed or if pages are not legible, please immediately notify the sender by phone.

---

**From:** Lisa Cabrera <lisa3770@gmail.com>
**Sent:** Tuesday, March 5, 2024 5:57 PM
**To:** Nina Motlagh <Nina@jbakerlawgroup.com>
**Subject:** Re: Cease & Desist

> You don't often get email from lisa3770@gmail.com. Learn why this is important

This is Lisa Cabrera, I will investigate what may son may or may not have done. I assure you I will do all I can to retract any inflammatory remarks made publicly

If you want to contact me personally, my number is +18185235194.
I do not have legal representation at this point

Lisa Cabrera
Sent from my iPhone

> On Mar 5, 2024, at 2:28 PM, Nina Motlagh <Nina@jbakerlawgroup.com> wrote:
>
> Good afternoon Lisa,
>
> I represent Benjamin Sturgeon. Please see the attached letter.
>
> Best,
> Nina
>
> <Outlook-A close-up.jpg>
>
> **Nina Motlagh | Attorney**
>
> Direct Dial:      (720) 902-3818
>
> Facsimile:      (970) 704-5741

Website: [www.jbakerlawgroup.com](www.jbakerlawgroup.com)

| **Denver Tech Office** | **Colorado Springs Office** | **Northglenn Office** |
|---|---|---|
| 8301 E. Prentice Ave., Ste 405 | 7035 Campus Drive, Ste 702 | 11166 Huron Street, Ste 27-1 |
| Greenwood Village, CO 80111 | Colorado Springs, CO 80920 | Northglenn, CO 80234 |
| Office ? (303) 862-4564 | Office ? (719) 600-5450 | Office ? (719) 902-6011 |

**CONFIDENTIALITY NOTICE**: This email & attached documents may contain confidential information. All information is intended only for the use of the named recipient. If you are not the named recipient, you are not authorized to read, disclose, copy, distribute, or take any action in reliance on the information, and any action other than immediate delivery to the named recipient is strictly prohibited. If you have received this email in error, do not read the information and please immediately notify the sender by telephone to arrange for a return of the original documents. If you are the named recipient, you are not authorized to reveal any of this information to any other unauthorized person. If you did not receive all pages listed or if pages are not legible, please immediately notify the sender by phone.

<03.05.2024 - Sturgeon - Demand Letter.pdf>