# DECLARATION

Renee M. Gerni, #59211
8301 East Prentice Avenue, Suite 405
Greenwood Village, CO 80111
Phone: 303-862-4564
Email: renee@jbakerlawgroup.com

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

BENJAMIN STURGEON,

Plaintiff,

Case No. 1:24-CV-00903-PAB-MDB

v.

Judge Phillip A. Brimmer

LISA CABRERA and JONATHAN CABRERA,

Defendants.

## **DECLARATION OF AARON STURGEON**

Pursuant to 28 U.S.C. § 1746, I, Aaron D. Sturgeon, hereby declares as follows:

1. I am the brother of Plaintiff Benjamin Sturgeon and Defendant Lisa Cabrera.

2. I am fully competent to make this declaration and I have personal knowledge of the facts stated in this declaration.

3. This declaration is submitted in support of the instant Amended Complaint.

4. On March 24, 2024, I received a phone call from my sister Lisa Cabrera regarding the claims in this lawsuit.

1

5. Lisa Cabrera was sobbing and slurring her words when she called me on March 24, 2024. After she calmed down, she told me that she was upset because our brother Benjamin was angry with her.

6. When I asked her why, Lisa stated that Ben was upset because she had filed a false complaint with the Colorado agency that regulates therapists, alleging that Ben drank alcohol in excess and abused drugs while providing therapy services to his clients.

7. I asked Lisa why she would do this to Ben, knowing that the claims in the complaint were false.

8. Lisa responded that she wished she could "take back" the complaint she filed against Ben.

9. When I asked Lisa why she had not already retracted her false complaint, she told me that she was concerned about losing her nursing license.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June _7th___, 2024.

_____
Aaron Sturgeon (Jun 7, 2024 09:42 MDT)

Aaron D. Sturgeon

# A. Sturgeon Declaration - Amended Complaint 6.6.24-1

Final Audit Report                                                          2024-06-07

| | |
|---|---|
| Created: | 2024-06-07 |
| By: | Renee Gerni (renee@jbakerlawgroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAvQv5BNLMBPP-N3-5JuiqBE_Pmso4Kt9t |

## "A. Sturgeon Declaration - Amended Complaint 6.6.24-1" History

📄 Document created by Renee Gerni (renee@jbakerlawgroup.com)
    2024-06-07 - 3:33:57 PM GMT

✉️ Document emailed to Aaron Sturgeon (sturgeonaad@gmail.com) for signature
    2024-06-07 - 3:34:04 PM GMT

📄 Email viewed by Aaron Sturgeon (sturgeonaad@gmail.com)
    2024-06-07 - 3:39:23 PM GMT

✍️ Document e-signed by Aaron Sturgeon (sturgeonaad@gmail.com)
    Signature Date: 2024-06-07 - 3:42:31 PM GMT - Time Source: server

✅ Agreement completed.
    2024-06-07 - 3:42:31 PM GMT

Adobe Acrobat Sign