IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Civil Action No.:  24-cv-00903-PAB-MDB | Date:  August 15, 2024 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:  Janet Coppock |

<u>Parties:</u>                                                           <u>Counsel:</u>

BENJAMIN STURGEON,                                  Renee Gerni
                                                                          Joseph O'Keefe

    Plaintiff,

v.

LISA CABRERA, and                                        Andrew Swan
JONATHAN CABRERA,                                   Michael Kuhn

    Defendants.

---

## COURTROOM MINUTES

---

**PRELIMINARY INJUNCTION HEARING**

**1:32 p.m.**     **Court in session.**

Appearances of counsel.

Stone Sirmans is present and seated at Plaintiff's counsel table.  Defendants are appearing by VTC.

Discussion regarding injunctive relief.

**ORDERED**:  Plaintiff's Motion for a Temporary Restraining Order [27] is DENIED, as stated on the record.

**2:00 p.m.**     **Court in recess.**

Hearing concluded.
Total time in court:     00:28