IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No: 24-cv-00903-PAB-MDB | Date: March 12, 2025 |
| Courtroom Deputy: E. Lopez Vaughan | FTR: Courtroom 101 |

*Parties:*                                                *Counsel:*

Benjamin Sturgeon                           Randee Stapp

   Plaintiff,

v.

Lisa Cabrera, et al                           Keslie Cooper

   Defendants.

**COURTROOM MINUTES**

**STATUS CONFERENCE**

**2:39 p.m.**  **Court in session.**

Court calls case. Appearances of counsel.

This matter is being held as a follow-up to the Settlement Conference held on January 9, 2025. The Court speaks with counsel off the record.

**2:43 p.m.**  **Court off-record.**
**3:18 p.m.**  **Court back on the record.**

The Court reviews the edits made to the final settlement agreement on the record, and hears arguments on Plaintiff's verbal motion for leave to file a motion for sanctions.

**ORDERED**: The final version of the settlement agreement shall be executed on or before **March 13, 2025** and the parties shall file a stipulation for dismissal on or before **March 14, 2025.**

**ORDERED**: The Plaintiff's verbal motion for sanctions is **DENIED** for reasons put forth on the record.

Plaintiff verbally moves to withdraw the *Renewed Motion to Dismiss* at ECF No. 25 and accordingly, it is **WITHDRAWN**.

Hearing concluded.

**3:38 p.m.        Court in recess.**

Total time on the record:  00:24
Total time off record:     00:35

Total time: 00:59

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.